| | |
|---|---|
| **From:** | Digger Earles <Digger@onmyside.com> |
| **Sent:** | Saturday, March 18, 2023 12:23 PM |
| **To:** | Zach Moseley; William Huye; Adam Krause; Mikal Watts |
| **Cc:** | David C Laborde |
| **Subject:** | Letter to Clients |

Dear [Client],

We hope this letter finds you well. We understand that you have been through a lot, and we want you to know that we are here to help.
We regret to inform you that the lawyers you had previously hired for your hurricane claims, McClenny Moseley & Associates, are no longer able to practice law. We understand that this news may be upsetting and unsettling, but we are here to offer our assistance in any way possible. After consultation with the court, and with your approval, we have agreed to substitute as your counsel and are pleased to take over your case. We are a team of experienced lawyers who have extensive knowledge in handling hurricane claims and have a proven track record of success in this area. We understand the complexities of these cases and are dedicated to fighting for our clients' rights.
We want to assure you that we will take over your case at no additional cost to you. Our firm is committed to providing quality legal representation, and we will work hard to ensure that you receive the compensation you deserve.

We are a local firm with offices throughout the state of Louisiana, and we have been helping people in this state for over 30 years. Our attorneys have a deep understanding of Louisiana law and are well-equipped to handle even the most complex legal issues related to hurricane claims.
If you have any questions or concerns, please do not hesitate to contact us. You can reach us at stormclaim@onmyside.com or by phone at 337-294-8616. Our team is available to assist you and answer any questions you may have.

We understand that this may be a difficult time for you and want you to know that we are here to support you every step of the way. Our team is committed to providing you with the highest level of service and support as we work to achieve the best possible outcome for your case. Thank you for entrusting us with your case. We look forward to working with you.

Sincerely,

Derrick G. Earles